IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**GAYLE BALLARD,**

      **Plaintiff,**

v.                                                **CASE NO.: 2:15-cv-14269**

**AT&T MOBILITY LLC, RICK BOWENGER, and GREGORY MATHERS,**

      **Defendants.**

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

On this day came the Plaintiff, Gayle Ballard, through counsel, and provides notice of Plaintiff's voluntary dismissal of the above-referenced action *without prejudice*, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

In support of Plaintiff's Notice of Dismissal, Plaintiff states that voluntary dismissal of this action is proper, as the Defendants have yet to file an answer or a motion for summary judgment.

                                                                       Gayle Ballard,
                                                                       By Counsel.

/s/ Todd S. Bailess
Todd S. Bailess (WVSB #10482)
Bailess Smith PLLC
120 Capitol Street
Charleston, West Virginia 25301
Telephone:  (304) 342-0550
Facsimile:  (304) 344-5529

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**GAYLE BALLARD,**

    **Plaintiff,**

v.                                              **CASE NO.: 2:15-cv-14269**

**AT&T MOBILITY LLC, RICK BOWENGER, and GREGORY MATHERS,**

    **Defendants.**

## CERTIFICATE OF SERVICE

Counsel for Plaintiff certifies that the foregoing **"Plaintiff's Notice of Voluntary Dismissal"** was served this 26th day of October 2015, by sending a true exact copy via U.S. mail, postage pre-paid, to the following:

> Melissa Foster Bird, Esquire
> Kendra L. Huff, Esquire
> NELSON MULLINS RILEY & SCARBOROUGH LLP
> 949 Third Avenue, Suite 200
> Huntington, WV 25701
> Melissa.fosterbird@nelsonmullins.com
> Kendra.huff@nelsonmullins.com

/s/ Todd S. Bailess
Todd S. Bailess (WVSB #10482)
Bailess Smith PLLC
120 Capitol Street
Charleston, West Virginia 25301
Telephone: (304) 342-0550
Facsimile: (304) 344-5529